ORIGINAL



FILED

03/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 21-0001

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 21-0001

IN RE THE MARRIAGE OF:

DAVINA ATTAR-WILLIAMS,

Petitioner,

and

STEVEN THOMAS WILLIAMS,

Respondent.

FILED

MAR 2 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Petitioner Davina Attar-Williams has filed an affidavit in support of her request to disqualify the Honorable Donald L. Harris from presiding in Cause No. DR-19-0893 in the Thirteenth Judicial District Court, Yellowstone County, pursuant to § 3-1-805, MCA.

Section 3-1-805, MCA, provides that an affidavit for disqualification for cause must allege facts showing personal bias or prejudice of the presiding judge. Section 3-1-805(1)(b), MCA, provides in part that the affidavit will be deemed not to have been made in good faith if it is based solely on rulings in the case which can be addressed in an appeal from the final judgment. The allegations of personal bias or prejudice enumerated in Attar-Williams's affidavit implicate rulings in the case which can be addressed on appeal if necessary. As a result, it is unnecessary to appoint a district judge to hear this matter.

IT IS THEREFORE ORDERED that the motion to disqualify District Judge Donald L. Harris from Yellowstone County Cause No. DR-19-0893 is DENIED.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Yellowstone County for notification to Petitioner Davina Attar-Williams, all counsel of record in Cause No. DR-19-0893, and to the Honorable Donald L. Harris.

DATED this 23rd day of March, 2021.

Chief Justice